IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MICHAEL SMITH )
) No. 3-11-0014
v. )
)
CHECK INTO CASH OF )
TENNESSEE, INC. )

O R D E R

On March 9, 2011, counsel for the parties called the Court in lieu of the initial case management conference rescheduled by order entered February 22, 2011 (Docket Entry No. 13), at which time they advised that there was a good chance that the parties would be able to agree to the methodology for arbitration and that the plaintiff would not oppose the defendant's pending motion to compel arbitration and to stay proceedings (Docket Entry No. 14).

As a result, the time for the plaintiff to file a response to the defendant's motion is extended to March 25, 2011.

Counsel for the parties shall continue their discussions in an attempt to reach an agreement and shall convene a telephone conference call with the Court on **Friday, March 18, 2011, at 4:00 p.m,.** to be initiated by defendant's counsel, to address whether the parties have reached an agreement.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge